**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sergio MELO–SANTIAGO,
Defendant—Appellant.**

No. 04–10246.

D.C. No. CR–03–00204–1–REJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Robert A. Bork, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Diane L. Dragan, Las Vegas, NV, for Defendant–Appellant.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

## MEMORANDUM**

Sergio Melo–Santiago appeals the sentence imposed following his jury conviction for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Pursuant to *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), Melo–Santiago contends that the district court erred in enhancing his sentence based upon facts that were not alleged in the indictment, proven beyond a reasonable doubt to a jury nor admitted by the defendant. The sole basis for the sentencing enhancement was Melo–Santiago's prior drug trafficking conviction, and his contention is foreclosed by our holdings in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 414 (9th Cir.2000), and *United States v. Quintana–Quintana,* 383 F.3d 1052, 1052–53 (9th Cir.2004).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

